UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARMANITA GONZALES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

Case No. 11-12910

Honorable Nancy G. Edmunds

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [36]

This matter came before the Court on the Magistrate Judge's Report and Recommendation [36] recommending that Defendant's motion to dismiss [29] be granted, and Plaintiff's complaint be dismissed without prejudice. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation, and noting that no objections have been filed, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion to dismiss is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: June 7, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 7, 2013, by electronic and/or ordinary mail.

    s/Johnetta M. Curry-Williams
    Case Manager
    Acting in the Absence of Carol Hemeyer